IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSHUA RENFROE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO.: 4:12-CV-02533 |
| PRICE GREGORY INTERNATIONAL, INC., | § § § | |
| Defendant | § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the agreement of the Parties, the above captioned case is dismissed with prejudice, each party to bear its own costs and attorney's fees.

Dated: 2/12/2013

_____
Keith P. Ellison
United States District Judge

APPROVED AS TO FORM AND SUBSTANCE:

BOON, SHAVER, ECHOLS, COLEMAN, & GOOLSBY, PLLC
1800 N.W. Loop 281, Suite 303
Longview, Texas 75604
Ph: (903) 759-2200
Fax: (903) 759-3306

_____
CASEY GOOLSBY
State Bar No. 24003668

ATTORNEY FOR PLAINTIFF
JOSHUA RENFROE

2145919.1
2154489.1